1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          WESTERN DISTRICT OF WASHINGTON

10    PLU INVESTMENTS, LLC, and Arizona limited          No.   2:10-CV-00626-RSL
      liability company,
11                                                       DEFENDANT MARINA
12                                                       ANDRUSHCHAK'S NOTICE
                                  Plaintiff,             OF MOTION AND MOTION
13                                                       FOR RELIEF FROM
      v.                                                 DEADLINE AND FOR AN
14                                                       AWARD OF ATTORNEY'S
      INTRASPECT   GROUP,   INC.,  a   Nevada            FEES
      Corporation; National Housing Solutions, LLC, a
15    Nevada limited liability company; TODD             Note on Motion Calendar:
      BUCKNER  and  JANE  DOE  BUCKNER,                   March 4, 2011
16    husband and wife,

17
                                  Defendants
18

19          Defendant MARINA ANDRUSHCHAK hereby moves the Court for relief

20    from deadline under Rule 60 (b)(1) and an award of attorney's fees and costs as the

21    prevailing party under  RCW 4.84.330.

22

      NOTICE OF MOTION AND MOTION FOR RELIEF FROM
      DEADLINE AND FOR AWARD OF ATTORNEY'S FEES- 1
      *2:10-cv-626 RSL*

1

2          This Motion is based on the above authority, Memorandum of Points and

3   Authorities and Declaration of Natalia Litchev filed concurrently herewith and the

    court file record.

4

    Dated:  February 23, 2011

5

6                                          By:_____s/Natalia Litchev_____
                                           Natalia Litchev
7                                          5400 Carillon Point
                                           Building 5000, 4th Floor
8                                          Kirkland, WA 98033
                                           Tel. 425-999-9061
9                                          Natalia@eastsideattorney.com

10                    Certificate of Service through Electronic Case Filing

11
    I, Natalia Litchev of Litchev Law Firm, certify that on February 23, 2011 I filed and
12  served on Plaintiff the following documents via ECF System:

13
                   ANDRUSHCHAK'S NOTICE OF MOTION AND MOTION FOR
14                 RELIEF FROM DEADLINE AND FOR AN AWARD OF
                   ATTORNEY'S FEES
15                                         By:_____s/Natalia Litchev_____
                                           Natalia Litchev,
16                                         5400 Carillon Point
                                           Building 5000, 4th Floor
17                                         Kirkland, WA 98033
                                           Tel. 425-999-9061
18                                         Natalia@eastsideattorney.com

19

20

21

22

    NOTICE  OF  MOTION  AND  MOTION  FOR  RELIEF  FROM
    DEADLINE AND FOR AWARD OF ATTORNEY'S FEES- 2
    *2:10-cv-626 RSL*